IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| A.P. MØLLER - MÆRSK A/S        ) | |
|         Plaintiff,            ) | 1:07cv1276 (JCC) |
|         v.                    ) | |
| ESCRUB SYSTEMS INC.,           ) | |
|         Defendant.            ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction is GRANTED and Defendant eSCRUB Systems Inc., and any of its officers, agents, servants, employees, and attorneys are enjoined from entering into any agreements with thrid parties, or sharing with third parties information, relating to a high-energy, electron scrubbing system for shipboard applications, or filing or prosecuting any patent application regarding such technologies;

(2) This Injunction is to be in effect until January 4, 2008, 10:00 a.m., at which time the Court shall hold a hearing to continue or dissolve it;

(3) Plaintiff is to post a bond in the amount of $60,000, cash or corporate surety;

(4) Plaintiff's Motion to Seal is GRANTED as to the

Complaint, including exhibits, and Memorandum in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction and accompanying Affidavit of Gene Pentimonti, insofar as they reveal Plaintiff's and Defendant's confidential and proprietary information;

      (5) the Clerk shall forward copies of this Order to all counsel of record.

December 21, 2007                                        /s/
Alexandria, Virginia                         James C. Cacheris
                                           UNITED STATES DISTRICT COURT JUDGE